IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TIMOTHY BROMAGHIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-10-417-RAW |
| | ) | |
| JOSE E. VALDEZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the court is the motion of defendants The Insurance Company of the State of Pennsylvania and Chartis Property Casualty Company formerly known as AIG Casualty Company to dismiss. The motion is similar to the one by Lincoln General Insurance Company, decided by contemporaneous order. For similar reasons, the motion will be denied at this time.

It is the order of the court that the motion of the defendants to dismiss (#11) is hereby DENIED.

**ORDERED THIS 2nd DAY OF MARCH, 2011.**

**Dated this 2nd day of March, 2011.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma